No. 92–8709. BUCKSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8715. YEARGIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8719. COHEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8721. JARAMILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8726. ACOSTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8727. CHAPMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8729. KALETKA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8731. McKINNON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8738. BRANHAM v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–1528. OHIO v. KNUCKLES. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–1589. EXXON SHIPPING CO. v. ELLENWOOD ET UX. C. A. 1st Cir. Motion of American Institute of Merchant Shipping et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–1725. GUMPORT, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF TRANSCON LINES v. INTERSTATE COMMERCE COMMISSION. C. A. 9th Cir. Motion of National Small Shipments Traffic Conference, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.